**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7938**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ORLANDOUS L. MAYE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-99-104, CA-01-1507-AM)

_____

Submitted:  March 21, 2002        Decided:  March 28, 2002

_____

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Orlandous L. Maye, Appellant Pro Se.  Thomas Joseph Krysa, David Hackney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orlandous Maye seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.[*] <u>United States v. Maye</u>, Nos. CR-99-104; CA-01-1507-AM (E.D. Va. Oct. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We note that, although Maye states that he raised a claim of error under <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), in his petition for certiorari to the Supreme Court after the dismissal of his first § 2255 motion, he has not made an <u>Apprendi</u> claim in this proceeding.

2